**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WENDY RODRIGUEZ,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>FCA US LLC; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:25-cv-09927-PVC<br><br>**JUDGMENT** |

The Court, having considered Plaintiff's Request for Entry of Judgment and finding good cause, hereby GRANTS the Entry of Judgment and ORDERS as follows:

1.  Plaintiff WENDY RODRIGUEZ ("Plaintiff") accepted FCA US LLC's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 on March 23, 2026.

2.  Accordingly, the Court enters JUDGMENT in favor of Plaintiff in the amount of $10,000.00 pursuant to the terms of the Rule 68 Offer.

　　**IT IS SO ORDERED.**

Date: April 6, 2026

_____
HON. PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE

1

**JUDGMENT**